DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

———————————————

KEVIN DESRUISSEAUX,

Appellant,

v.

NICOLE BOWMAN,

Appellee.

No. 2D22-900

———————————————

December 20, 2023

Appeal from the Circuit Court for Hillsborough County; Jessica G. Costello, Judge.

Kevin Desruisseaux, pro se.

No appearance by Appellee.

PER CURIAM.

      Affirmed.

LaROSE, ROTHSTEIN-YOUAKIM, and ATKINSON, JJ., Concur.

———————————————

Opinion subject to revision prior to official publication.